```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                              2:99-cr-92-FtM-29

MELVIN PARKER, JR.
_____

## **OPINION AND ORDER**

     This matter comes before the Court on Defendant's Motion to Declare Policy Unconstitutional and Strike Provision of Plea Agreement (Doc. #98), filed on April 29, 2005. Defendant seeks to have the Court declare unconstitutional the policy of the United States Attorney's Office which requires defendant's to waive certain rights of appeal before the government will consider a substantial assistance motion.

    While defendant writes as if his case is pending ("Prior to pleading guilty, Mr. Parker seeks this Court's review of the government's policy." Motion, page 2), this case has long been completed. Defendant plead guilty on October 21, 1999 (Docs. #48, 49), and was sentenced on February 9, 2000 (Doc. #71). Defendant received a substantial downward departure in his sentence because of the government's substantial assistance motion. (Doc. #77). The Court has previously denied attempts by defendant to compel the government to file a Rule 35 motion. (Docs. #89, 91, 97).

The Court has no jurisdiction to review the policy of the United States Attorney's Office in a case which has long been final, and defendant suggests no basis for jurisdiction. Even liberally construing defendant's pro se filing, the Court cannot find any jurisdictional basis for reviewing the matter. Additionally, even if the Court were to consider the matter, a provision in a plea agreement which waives appeal rights is constitutional if entered into freely and voluntarily. United States v. Bushert, 997 F.2d 1343, 1351 (11th Cir. 1993), cert. denied, 513 U.S. (1994).

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Declare Policy Unconstitutional and Strike Provision of Plea Agreement (Doc. #98) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of May, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Melvin Parker
Counsel of Record